# Exhibit 10

EVERSOURCE ENERGY

February 23, 2026

H.Q. Energy Services (U.S.) Inc.
75, René Lévesque Boulevard West, 18th Floor
Montreal (Québec) Canada
H2Z 1A4
Attention: General Manager

re: Statement for Cover Damages Due and January, 2026 Invoice Under Power Purchase Agreement Between NSTAR Electric Company d/b/a Eversource Energy("Buyer") and H.Q. Energy Services (U.S.) Inc. ("Seller") dated as of June 13, 2018, as Amended

Ladies and Gentlemen:

Reference is made to the above - captioned Power Purchase Agreement. Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in that Power Purchase Agreement. Buyer has received the invoice issued by Seller for the month of January, 2026. As you know on February 6, 2026 Buyer issued a statement regarding Cover Damages due Buyer in the amount of $20,166,731 for the month of January, 2026. These Cover Damages are calculated in accordance with Section 4.3(a) of the Power Purchase Agreement, and the hourly calculation values are attached hereto. In response to Buyer's February 6, 2026 statement, on February 11 and 20, 2026 Seller sent Buyer letters claiming that its failures to deliver Qualified Clean Energy between January 24, 2026 and February 9, 2026 were excused by Force Majeure pursuant to Section 10.1(b) of the Agreement. By letter dated February 13, 2026, Buyer stated that Buyer rejected Seller's claim of Force Majeure under the Agreement because, among other things, Seller's claim was not supported by sufficient information or documentation that demonstrates the occurrence of an event of Force Majeure under the terms of the Power Purchase Agreement.

Consistent with Section 5.2(d) of the Agreement, the Buyer is deducting the amount due from Seller to Buyer, and the remaining balance due from Seller to Buyer is $11,423,792.77. As provided in Section 5.2(b) of the Agreement, this amount is due on March 2, 2026, and payment should made in accordance with the instructions provided with Buyer's February 6, 2026 statement.

Buyer also notes that the delivered energy amounts provided by Seller with the referenced invoice do not correspond with the quantities of energy recorded by the metering at the Delivery Point for a significant number of hours during the month. Buyer is therefore not accepting the delivered energy amounts stated on the Seller's invoice at this time and requests that Seller provide additional information that reconciles these quantities.

Additionally, as you were previously advised, the Buyer claims entitlement to the Buyer's share of the Forecast Energy Requirement Credit revenue based on the energy to be delivered by the Seller under the Power Purchase Agreement. Based on the Forecast Energy Requirement Price published by the ISO-NE, the Buyer has calculated this amount to be $4,441,496 for the month of January, 2026. As you know, there are ongoing discussions among the representatives of the Buyer and Seller with the goal of resolving the Buyer's claim.

Please note that the Buyer reserves all claims, rights, remedies and defenses under the Power Purchase Agreement.

NSTAR Electric Company, DBA Eversource Energy

cc: Billing Manager, H.Q. Energy Services (U.S.) Inc.