# Exhibit 11

Unitil

***VIA E-MAIL TRANSMITTAL***

February 20, 2026

H.Q. Energy Services (U.S.) Inc.
75, René Lévesque Boulevard West, 18th Floor
Montreal (Québec) Canada
H2Z 1A4
Attention: General Manager

Re: Statement for Cover Damages Due and January, 2026 Invoice Under Power Purchase Agreement Between Fitchburg Gas and Electric Light Company and H.Q. Energy Services (U.S.) Inc. ("Seller") dated as of June 13, 2018, as Amended (the "Agreement")

Ladies and Gentlemen:

On February 13, 2026, Buyer received the invoice issued by Seller under the Agreement in the amount of $185,740.58 for the month of January, 2026. As Seller is aware, on February 6, 2026, Buyer issued a statement regarding Cover Damages[1] due Buyer in the amount of $428,895.42 for the month of January, 2026 calculated in accordance with Section 4.3(a) of the Agreement. In response to Buyer's February 6, 2026 statement, on February 11, 2026 Seller sent Buyer a letter claiming that its failures to deliver Qualified Clean Energy between January 24, 2026 and February 9, 2026 were excused by Force Majeure pursuant to Section 10.1(b) of the Agreement. By letter dated February 13, 2026, Buyer responded that it rejected Seller's claim of Force Majeure under the Agreement because, among other things, Seller's claim was not supported by information or documentation that would support Force Majeure.

Based on these recent exchanges and the continuing lack of adequate support for Seller's claim of Force Majeure, consistent with Section 5.2(d) of the Agreement, Buyer is netting Seller's February 13, 2026 invoice ($185,740.58) against Buyer's February 6, 2026 Cover Damages statement ($428,895.42). The remaining balance due from Seller to Buyer is $243,154.84. As provided in Section 5.2(b) of the Agreement, this amount is due to Buyer on March 2, 2026, and payment should made in accordance with the instructions provided with Buyer's February 6, 2026 statement.

Buyer also notes that the delivered energy amounts provided by Seller with the referenced invoice do not correspond with the quantities of energy recorded by the metering at the Delivery Point for a significant number of hours during the month. Buyer continues to review

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Agreement.

T 603.370.8573 | unitil.com

6 Liberty Lane West
Hampton, NH 03842

Unitil

and consider those discrepancies and reserves all rights with regard to the energy amounts stated on the Seller's invoice.

Finally, as Seller was previously advised, Buyer claims entitlement to its share of the Forecast Energy Requirement Credit revenue based on the energy to be delivered by Seller under the Agreement. As Seller is aware, there are ongoing discussions among the representatives of the Buyer and Seller with the goal of resolving the Buyer's claim.

Please note that Buyer continues to reserve all claims, rights, remedies and defenses under the Agreement.

Sincerely,

Robert S. Furino
Vice President
Fitchburg Gas and Electric Light Company d/b/a Unitil
cc: Billing Manager, H.Q. Energy Services (U.S.) Inc.